UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICROSOFT CORPORATION, a
Washington corporation,

                Plaintiff,

  v.

LINKED-PC, INC., a Florida corporation,
JULIO D. SAAVEDRA, an individual, and
ANDRES D. SAAVEDRA, an individual,

                Defendants.

Case No. _____

## Complaint Exhibit Index

1. ................ Registration Certificate for Microsoft Windows 7 Ultimate, bearing the number TX 7-009-361

2. ................ Registration Certificate for Microsoft Windows 8.1 Professional, bearing the number TX 7-740-672

3. ................ Registration Certificate for Microsoft Windows 10 Professional, bearing the number TX 8-058-526

4. ................ A true and correct copy of the Registration Certificate for Office 2013 Professional, bearing the number TX 7-649-882

5. ................ Trademark Registrations are attached as Exhibits 5 through 37

#55465575_v1