EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-009-361**

**Effective date of registration:**

November 11, 2009

## Title

**Title of Work:** Windows 7

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** October 22, 2009   **Nation of 1st Publication:** United States

## Author

- **Author:** Microsoft Corporation

**Author Created:** text, editing, artwork, computer program, audio, compilation

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Microsoft Corporation

One Microsoft Way, Redmond, WA, 98052, United States

## Limitation of copyright claim

**Material excluded from this claim:** text, computer program, editing, audio, selection of materials for a compilation

**Previous registration and year:** TX6508905   2007

**New material included in claim:** text, editing, artwork, computer program, audio, compilation

## Certification

**Name:** Matt Skelton

**Date:** November 11, 2009

**Applicant's Tracking Number:** 83479060

**Correspondence:** Yes

**Registration #:**    TX0007009361

**Service Request #:**   1-273031501

Microsoft Corporation
Peggy Crowley
One Microsoft Way
Redmond, WA 98052  United States

EXHIBIT 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-740-672**

**Effective date of
registration:**

October 21, 2013

## Title

**Title of Work:** Windows 8.1 Pro

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** October 17, 2013          **Nation of 1st Publication:** United States

## Author

■          **Author:** Microsoft Corporation

**Author Created:** computer program

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Microsoft Corporation

One Microsoft Way, Redmond, WA, 98052, United States

## Limitation of copyright claim

**Material excluded from this claim:** computer program, previous version

**Previous registration and year:** TX 7-601-008     2012

**New material included in claim:** computer program

## Certification

**Name:** Dave Green

**Date:** October 21, 2013

**Applicant's Tracking Number:** 84708923

EXHIBIT 3

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 8-058-526**

**Effective Date of Registration:**
July 30, 2015

## Title

**Title of Work:** Windows 10 Pro

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** July 29, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Microsoft Corporation
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Microsoft Corporation
One Microsoft Way, Redmond, WA, 98052, United States

## Limitation of copyright claim

**Material excluded from this claim:** computer program, previous version
**Previous registration and year:** TX 7-740-672, 2013

**New material included in claim:** computer program

## Certification

**Name:** Dave Green
**Date:** July 30, 2015
**Applicant's Tracking Number:** 85306384

EXHIBIT 4

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-649-882

**Effective date of
registration:**

March 13, 2013

## Title

**Title of Work:** Office Professional 2013

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** January 29, 2013     **Nation of 1st Publication:** United States

## Author

■     **Author:** Microsoft Corporation

**Author Created:** computer program

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Microsoft Corporation

One Microsoft Way, Redmond, WA, 98052, United States

## Limitation of copyright claim

**Material excluded from this claim:** computer program, previous edition

**Previous registration and year:** TX 7-151-840     2010

**New material included in claim:** computer program, entire work including text and art on product packaging

## Certification

**Name:** Dave Green

**Date:** March 13, 2013

**Applicant's Tracking Number:** 84412511

**Correspondence:** Yes

# EXHIBIT 5

Int. Cls.: 9 and 42

Prior U.S. Cls.: 26, 38 and 101

**United States Patent and Trademark Office**

Reg. No. 1,200,236
Registered Jul. 6, 1982

## TRADEMARK
## SERVICE MARK
Principal Register

# MICROSOFT

Microsoft (partnership)
Suite 819
10800 NE. 8th
Bellevue, Wash. 98004

For: COMPUTER PROGRAMS, in CLASS 9 (U.S. Cls. 26 and 38).
First use Nov. 12, 1975; in commerce Nov. 12, 1975.
For: COMPUTER PROGRAMMING SER-VICES, in CLASS 42 (U.S. Cl. 101).
First use Nov. 12, 1975; in commerce Nov. 12, 1975.

Ser. No. 236,080, filed Oct. 22, 1979.

B. H. VERTIZ, Primary Examiner

CHERYL LYNNE HENDERSON, Examiner

EXHIBIT 6

# United States of America

## United States Patent and Trademark Office



Reg. No. 4,552,363

Registered June 17, 2014

Int. Cls.: 9, 16, 25, 28, 35, 36, 38, 39, 41, 42, and 45

TRADEMARK

SERVICE MARK

PRINCIPAL REGISTER



*Michelle K. Lee*

Deputy Director of the United States
Patent and Trademark Office

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER OPERATING SYSTEM PROGRAMS AND UTILITIES; COMPUTER AP-PLICATION SOFTWARE FOR WIRELESS TELECOMMUNICATIONS FOR USE WITH WIRELESS DEVICES; COMPUTER SOFTWARE TO ENABLE UPLOADING, DOWNLOAD-ING, ACCESSING, POSTING, DISPLAYING, TAGGING, BLOGGING, STREAMING, LINKING, SHARING OR OTHERWISE PROVIDING ELECTRONIC MEDIA OR INFORMATION VIA COMPUTER AND COMMUNICATION NETWORKS; SOFTWARE FOR ALLOWING COM-MUNICATION AND INTERACTION BETWEEN PHONES, MOBILE DEVICES, TELEVISIONS, VIDEO GAME CONSOLES, MEDIA PLAYERS, COMPUTERS, DIGITAL MEDIA HUBS, AND AUDIOVISUAL DEVICES; COMPUTER SOFTWARE FOR USE BY COMPUTER NETWORK ADMINISTRATORS TO DEPLOY AND MANAGE APPLICATION SOFTWARE AND NET-WORK SERVER SOFTWARE; COMPUTER NETWORK SERVER SOFTWARE FOR MAN-AGING USER CONTENT ON COMPUTER NETWORKS AND GLOBAL COMPUTER NET-WORKS; COMPUTER SOFTWARE FOR MANAGING SECURE COMMUNICATIONS OVER COMPUTER NETWORKS AND GLOBAL COMPUTER NETWORKS; COMPUTER SOFTWARE FOR DEVELOPING, MANAGING AND OPERATING INTRANET SITES; COMPUTER NET-WORK OPERATING SOFTWARE AND UTILITIES; COMPUTER SOFTWARE DEVELOP-MENT TOOLS FOR NETWORK SERVERS AND APPLICATIONS; COMPUTER SOFTWARE FOR INVENTORYING AND MONITORING COMPUTER HARDWARE AND SOFTWARE ASSETS AND USE WITHIN AN ORGANIZATION; COMPUTER APPLICATION PROGRAMS AND OPERATING SYSTEM PROGRAMS FOR USE WITH COMMUNICATIONS SERVERS; COMPUTER PROGRAMS FOR MANAGING COMMUNICATIONS AND DATA EXCHANGE BETWEEN COMPUTERS AND ELECTRONIC DEVICES; OPERATING SYSTEMS SOFTWARE FOR USE IN PLAYING ELECTRONIC GAMES; COMPUTER HARDWARE AND PERIPHER-ALS; COMPUTER KEYBOARDS; COMPUTER MICE AND WIRELESS COMPUTER MICE; WIRELESS COMMUNICATIONS DEVICES, NAMELY, MOBILE PHONES, CELLULAR TELEPHONES, PERSONAL DIGITAL ASSISTANTS, AND HAND-HELD COMPUTERS; HARDWARE FOR TELECOMMUNICATIONS FOR CONNECTING DEVICES VIA IN-HOME PHONE AND ELECTRICAL WIRING, NAMELY, COMPUTER NETWORKS HUBS, COM-PUTER SERVERS, SET-TOP BOXES, COMPUTER SWITCHES AND COMPUTER ROUTERS DESIGNED TO PROVIDE IN-HOME VOICE OVER INTERNET PROTOCOL (VOIP) COMMU-NICATIONS; COMPUTER AND VIDEO GAME SYSTEMS DEVICES, NAMELY, ELECTRONIC SENSOR DEVICES, CAMERAS, PROJECTORS, HEADPHONES, AND MICROPHONES; ELECTRONIC GAME EQUIPMENT, NAMELY, EQUIPMENT COMMUNICATING WITH A

**Reg. No. 4,552,363**

TELEVISION OR COMPUTER FOR PLAYING ELECTRONIC GAMES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 8-0-2012; IN COMMERCE 8-0-2012.

FOR: PUBLICATIONS, NAMELY, USER MANUALS, INSTRUCTION GUIDES, REFERENCE GUIDES, BOOKS, MAGAZINES, AND NEWSLETTERS IN THE FIELD OF COMPUTERS, COMPUTER SOFTWARE, BUSINESS, BUSINESS MANAGEMENT AND ACCOUNTING, COMPUTER GAMES, GAMES AND ENTERTAINMENT; STATIONERY, STATIONERY-TYPE PORTFOLIOS, STATIONERY ITEMS, NAMELY, PENS, PENCILS, DESK SETS, PEN AND PENCIL HOLDERS, POSTERS, MEMO PADS, BINDERS, CALENDARS, NOTEBOOKS, NOTE CARDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 8-0-2012; IN COMMERCE 8-0-2012.

FOR: CLOTHING, NAMELY, SHIRTS, SWEATSHIRTS, VESTS, JACKETS, COATS, SWEATERS, CAPS, HEADWEAR, HATS, VISORS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-0-2012; IN COMMERCE 8-0-2012.

FOR: TOYS AND SPORTING GOODS, NAMELY, SPORT BALLS, GOLF BALLS, GOLF TEES, SQUEEZABLE BALLS, AND FLYING DISC TOYS; PLUSH, STUFFED, AND SOFT SCULPTURED TOYS; YO-YOS; MECHANICAL ACTION TOYS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 8-0-2013; IN COMMERCE 8-0-2013.

FOR: PROVIDING INFORMATION IN THE FIELDS OF BUSINESS AND COMMERCE OVER GLOBAL COMPUTER NETWORKS AND GLOBAL COMMUNICATIONS NETWORKS; RETAIL STORE SERVICES AND ONLINE RETAIL STORE SERVICES FEATURING COMPUTERS, COMPUTER HARDWARE, SOFTWARE, COMPUTER GAMES, COMPUTER PERIPHERALS, PORTABLE MUSIC PLAYERS AND ACCESSORIES, PERSONAL DIGITAL ASSISTANTS, CELL PHONES AND ACCESSORIES, VIDEO GAME CONSOLES AND ACCESSORIES, WEBCAMS, BOOKS, CLOTHING, BACK PACKS, MESSENGER BAGS, COMPUTER BAGS AND NOVELTY ITEMS; BUSINESS SERVICES, NAMELY, BUSINESS CONSULTATION AND MARKETING SERVICES, BUSINESS ADVICE AND INFORMATION SERVICES; PROVIDING CONSUMER PRODUCT INFORMATION VIA GLOBAL COMPUTER NETWORKS; PROMOTING THE GOODS AND SERVICES OF OTHERS VIA GLOBAL COMPUTER NETWORKS, PROCUREMENT SERVICES FOR OTHERS; THE BRINGING TOGETHER, FOR THE BENEFIT OF OTHERS, OF A VARIETY OF GOODS AND SERVICES, ENABLING CUSTOMERS TO CONVENIENTLY VIEW AND PURCHASE THOSE GOODS AND SERVICES FROM AN INTERNET WEB SITE PARTICULARLY SPECIALIZING IN THE MARKETING OF THE SALE OF GOODS AND SERVICES OF OTHERS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-0-2012; IN COMMERCE 8-0-2012.

FOR: PROVIDING INFORMATION IN THE FIELD OF FINANCIAL NEWS; CHARITABLE SERVICES, NAMELY, PROVIDING FUNDING AND FINANCIAL ASSISTANCE TO COMPUTER AND TECHNOLOGY TRAINING ORGANIZATIONS; FINANCIAL SERVICES, NAMELY, PROVIDING A VIRTUAL CURRENCY FOR USE BY MEMBERS OF AN ONLINE COMMUNITY VIA GLOBAL COMPUTER NETWORKS AND GLOBAL COMMUNICATION NETWORKS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-0-2012; IN COMMERCE 8-0-2012.

FOR: COMMUNICATION SERVICES, NAMELY, ELECTRONIC TRANSMISSION OF DATA AND DOCUMENTS AMONG USERS OF COMPUTERS; TRANSMISSION OF VOICE, AUDIO,

**Reg. No. 4,552,363**   VISUAL IMAGES AND DATA BY TELECOMMUNICATIONS NETWORKS, WIRELESS COMMUNICATION NETWORKS, GLOBAL COMMUNICATION NETWORKS AND GLOBAL COMPUTER NETWORKS; STREAMING OF AUDIO AND VIDEO OVER GLOBAL COMPUTER NETWORKS AND GLOBAL COMMUNICATION NETWORKS; INFORMATION TRANSMISSION VIA ELECTRONIC COMMUNICATIONS NETWORKS; ELECTRONIC MAIL AND MESSAGING SERVICES; ELECTRONIC DATA TRANSMISSION; ELECTRONIC DELIVERY OF IMAGES AND PHOTOGRAPHS VIA GLOBAL COMPUTER NETWORKS; INSTANT MESSAGING SERVICES; VOICE OVER INTERNET PROTOCOL (VOIP) SERVICES; AUDIO AND VIDEO BROADCASTING SERVICES OVER GLOBAL COMMUNICATION NETWORKS AND GLOBAL COMPUTER NETWORKS; PROVIDING ONLINE CHAT ROOMS FOR SOCIAL NETWORKING; CONSULTING IN THE FIELD OF TELECOMMUNICATION SERVICES, NAMELY, TRANSMISSION OF VOICE, DATA, AND DOCUMENTS VIA TELECOMMUNICATIONS NETWORKS; CONSULTING SERVICES IN THE FIELD OF COMMUNICATIONS; PROVIDING ACCESS TO DATABASES; PROVIDING USER ACCESS TO A GLOBAL COMPUTER NETWORK , IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 8-0-2012; IN COMMERCE 8-0-2012.

FOR: ELECTRONIC STORAGE AND ARCHIVING OF FILES, DOCUMENTS, DIGITAL PHOTOGRAPHS, VIDEOS, MUSIC, ELECTRONIC MEDIA, NAMELY, IMAGES, TEXT, AND AUDIO DATA; PROVIDING A WEB SITE AND WEB SITE LINKS TO GEOGRAPHIC INFORMATION, MAP IMAGES, AND TRIP ROUTING; PROVIDING AN ONLINE SEARCHABLE COMPUTER DATABASE FEATURING TRAVEL INFORMATION; PROVIDING INFORMATION, NEWS AND COMMENTARY IN THE FIELD OF TRAVEL; TRANSPORTATION SERVICES, NAMELY, PROVIDING INFORMATION CONCERNING MOTOR VEHICLES, TRAVEL AND TRAVEL-RELATED SUBJECTS OVER COMPUTER NETWORKS AND GLOBAL COMMUNICATION NETWORKS, IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 8-0-2012; IN COMMERCE 8-0-2012.

FOR: PROVIDING INFORMATION AND TRAINING PROGRAMS RELATING TO OPPORTUNITIES FOR YOUTH IN THE FIELD OF EDUCATION, TRAINING, EMPLOYMENT, AND ENTREPRENEURSHIP; ENTERTAINMENT SERVICES, NAMELY, PROVIDING ONLINE COMPUTER GAMES, ONLINE ELECTRONIC GAMES AND ONLINE VIDEO GAMES; ENTERTAINMENT SERVICES, NAMELY, PROVIDING WEBSITES FEATURING INFORMATION IN THE FIELDS OF ENTERTAINMENT, MUSIC, MOVIES, VIDEO, GAMES, NEWS, AND SPORTS; ENTERTAINMENT SERVICES, NAMELY, PROVIDING WEBSITES FEATURING VIRTUAL ENVIRONMENTS IN WHICH USERS CAN INTERACT FOR RECREATIONAL, LEISURE OR ENTERTAINMENT PURPOSES; ENTERTAINMENT SERVICES, NAMELY, PROVIDING INTERACTIVE MULTIPLAYER GAME SERVICES FOR GAMES PLAYED OVER GLOBAL COMPUTER NETWORKS AND GLOBAL COMMUNICATION NETWORKS; PROVIDING INFORMATION ON THE VIDEO GAME AND COMPUTER GAME INDUSTRIES VIA GLOBAL COMPUTER NETWORKS AND GLOBAL COMMUNICATION NETWORKS; PROVIDING INFORMATION, NEWS AND COMMENTARY IN THE FIELD OF ENTERTAINMENT; PROVIDING INFORMATION ON COMPUTER GAMES, VIDEO GAMES, VIDEO GAME CONSOLES AND ACCESSORIES THEREOF VIA GLOBAL COMPUTER NETWORKS AND GLOBAL COMMUNICATION NETWORKS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 8-0-2012; IN COMMERCE 8-0-2012.

FOR: APPLICATION SERVICE PROVIDER, NAMELY, HOSTING, MANAGING, DEVELOPING, ANALYZING, UPDATING AND MAINTAINING APPLICATIONS, COMPUTER OPERATING SYSTEMS, SOFTWARE, AND WEB SITES FOR OTHERS; PROVIDING TECHNICAL SUPPORT, CONSULTATION AND RESOURCES IN THE FIELDS OF COMPUTER SECURITY, PRIVACY AND ONLINE SAFETY; COMPUTER DIAGNOSTIC SERVICES; COMPUTER SERVICES, NAMELY, DATA RECOVERY SERVICES; ONLINE TECHNICAL SUPPORT, TROUBLESHOOTING, TESTING, AND CONSULTING SERVICES IN THE FIELD OF

**Reg. No. 4,552,363** COMPUTERS, COMPUTER SOFTWARE AND COMPUTER SYSTEMS; COMPUTER SER-
VICES, NAMELY, COMPUTER SYSTEM ADMINISTRATION FOR OTHERS; COMPUTER
SERVICES, NAMELY, REMOTE MANAGEMENT OF THE INFORMATION TECHNOLOGY
(IT) SYSTEMS OF OTHERS; COMPUTER SERVICES, NAMELY, CLOUD HOSTING PRO-
VIDER SERVICES; CONSULTING SERVICES IN THE FIELD OF CLOUD COMPUTING;
COMPUTER SOFTWARE DESIGN; COMPUTER SOFTWARE DEVELOPMENT AND COM-
PUTER PROGRAMMING DEVELOPMENT FOR OTHERS; CONSULTANCY IN THE FIELD
OF SOFTWARE DESIGN; CONSULTING IN THE FIELD OF INFORMATION TECHNOLOGY;
CONSULTING SERVICES IN THE FIELD OF COMPUTER-BASED INFORMATION SYSTEMS
FOR BUSINESSES; CONSULTING SERVICES IN THE FIELD OF PROVIDING ONLINE,
NON-DOWNLOADABLE SOFTWARE AND APPLICATIONS; PROVIDING ONLINE NON-
DOWNLOADABLE BUSINESS AND GENERAL PURPOSE APPLICATION SOFTWARE;
PROVIDING ONLINE NON-DOWNLOADABLE SOFTWARE FOR WEBSITE DEVELOPMENT
AND DATABASE MANAGEMENT; PROVIDE NON-DOWNLOADABLE SOFTWARE FOR
INTERNET SEARCHING, DATABASE MANAGEMENT, PROVIDING INTERNET SEARCH
ENGINE; PROVIDING INFORMATION IN THE FIELD OF COMPUTER SYSTEMS, SOFT-
WARE, HARDWARE, INTERNET, NETWORKS, DATABASES AND MOBILE APPLICATIONS,
IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 8-0-2012; IN COMMERCE 8-0-2012.

FOR: CONSULTING SERVICES IN THE FIELD OF MAINTAINING THE SECURITY AND
INTEGRITY OF DATABASES; PERSONAL SERVICES, NAMELY, PROVIDING ONLINE
SOCIAL NETWORKING SERVICES; PROVIDING ONLINE COMPUTER DATABASES AND
ONLINE SEARCHABLE DATABASES IN THE FIELD OF SOCIAL NETWORKING, IN CLASS
45 (U.S. CLS. 100 AND 101).

FIRST USE 8-0-2012; IN COMMERCE 8-0-2012.

OWNER OF U.S. REG. NOS. 2,250,973, 4,029,299, AND OTHERS.

THE MARK CONSISTS OF FOUR SQUARES ARRANGED IN A RECTANGULAR GRID
ADJACENT TO THE WORDING "MICROSOFT". THE SQUARES ARE SEPARATED BY
BLANK SPACE.

SN 85-710,265, FILED 8-22-2012.

ZACHARY BELLO, EXAMINING ATTORNEY

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.   Please check the
USPTO website for further information.   With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

EXHIBIT 7

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,560,827**

**Registered July 1, 2014**

**Int. Cls.: 9, 16, 25, 35, 36, 38, 39, 41, 42, and 45**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**



Michelle K. Lee

Deputy Director of the United States
Patent and Trademark Office

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER OPERATING SYSTEM PROGRAMS AND UTILITIES; COMPUTER AP-PLICATION SOFTWARE FOR WIRELESS TELECOMMUNICATIONS FOR USE WITH WIRELESS DEVICES; COMPUTER SOFTWARE TO ENABLE UPLOADING, DOWNLOAD-ING, ACCESSING, POSTING, DISPLAYING, TAGGING, BLOGGING, STREAMING, LINKING, SHARING OR OTHERWISE PROVIDING ELECTRONIC MEDIA OR INFORMATION VIA COMPUTER AND COMMUNICATION NETWORKS; SOFTWARE FOR ALLOWING COM-MUNICATION AND INTERACTION BETWEEN PHONES, MOBILE DEVICES, TELEVISIONS, VIDEO GAME CONSOLES, MEDIA PLAYERS, COMPUTERS, DIGITAL MEDIA HUBS, AND AUDIOVISUAL DEVICES; COMPUTER SOFTWARE FOR USE BY COMPUTER NETWORK ADMINISTRATORS TO DEPLOY AND MANAGE APPLICATION SOFTWARE AND NET-WORK SERVER SOFTWARE; COMPUTER NETWORK SERVER SOFTWARE FOR MAN-AGING USER CONTENT ON COMPUTER NETWORKS AND GLOBAL COMPUTER NET-WORKS; COMPUTER SOFTWARE FOR MANAGING SECURE COMMUNICATIONS OVER COMPUTER NETWORKS AND GLOBAL COMPUTER NETWORKS; COMPUTER SOFTWARE FOR DEVELOPING, MANAGING AND OPERATING INTRANET SITES; COMPUTER NET-WORK OPERATING SOFTWARE AND UTILITIES; COMPUTER SOFTWARE DEVELOP-MENT TOOLS FOR NETWORK SERVERS AND APPLICATIONS; COMPUTER SOFTWARE FOR INVENTORYING AND MONITORING COMPUTER HARDWARE AND SOFTWARE ASSETS AND USE WITHIN AN ORGANIZATION; COMPUTER APPLICATION PROGRAMS AND OPERATING SYSTEM PROGRAMS FOR USE WITH COMMUNICATIONS SERVERS; COMPUTER PROGRAMS FOR MANAGING COMMUNICATIONS AND DATA EXCHANGE BETWEEN COMPUTERS AND ELECTRONIC DEVICES; OPERATING SYSTEMS SOFTWARE FOR USE IN PLAYING ELECTRONIC GAMES; COMPUTER HARDWARE AND PERIPHER-ALS; COMPUTER KEYBOARDS; COMPUTER MICE AND WIRELESS COMPUTER MICE; WIRELESS COMMUNICATIONS DEVICES, NAMELY, MOBILE PHONES, CELLULAR TELEPHONES, PERSONAL DIGITAL ASSISTANTS, AND HAND-HELD COMPUTERS; HARDWARE FOR TELECOMMUNICATIONS FOR CONNECTING DEVICES VIA IN-HOME PHONE AND ELECTRICAL WIRING, NAMELY, COMPUTER NETWORKS HUBS, COM-PUTER SERVERS, SET-TOP BOXES, COMPUTER SWITCHES AND COMPUTER ROUTERS DESIGNED TO PROVIDE IN-HOME VOICE OVER INTERNET PROTOCOL (VOIP) COMMU-NICATIONS; COMPUTER AND VIDEO GAME SYSTEMS DEVICES, NAMELY, ELECTRONIC SENSOR DEVICES, CAMERAS, PROJECTORS, HEADPHONES, AND MICROPHONES; ELECTRONIC GAME EQUIPMENT, NAMELY, EQUIPMENT COMMUNICATING WITH A

**Reg. No. 4,560,827** TELEVISION OR COMPUTER FOR PLAYING ELECTRONIC GAMES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 8-0-2012; IN COMMERCE 8-0-2012.

FOR: PUBLICATIONS, NAMELY, USER MANUALS, INSTRUCTION GUIDES, REFERENCE GUIDES, BOOKS, MAGAZINES, AND NEWSLETTERS IN THE FIELD OF COMPUTERS, COMPUTER SOFTWARE, BUSINESS, BUSINESS MANAGEMENT AND ACCOUNTING, COMPUTER GAMES, GAMES AND ENTERTAINMENT; STATIONERY, STATIONERY-TYPE PORTFOLIOS, STATIONERY ITEMS, NAMELY, PENS, PENCILS, DESK SETS, PEN AND PENCIL HOLDERS, POSTERS, MEMO PADS, BINDERS, CALENDARS, NOTEBOOKS, NOTE CARDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 8-0-2012; IN COMMERCE 8-0-2012.

FOR: CLOTHING, NAMELY, SHIRTS, SWEATSHIRTS, VESTS, JACKETS, COATS, SWEATERS, CAPS, HEADWEAR, HATS, VISORS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-0-2012; IN COMMERCE 8-0-2012.

FOR: PROVIDING INFORMATION IN THE FIELDS OF BUSINESS AND COMMERCE OVER GLOBAL COMPUTER NETWORKS AND GLOBAL COMMUNICATIONS NETWORKS; RETAIL STORE SERVICES AND ONLINE RETAIL STORE SERVICES FEATURING COMPUTERS, COMPUTER HARDWARE, SOFTWARE, COMPUTER GAMES, COMPUTER PERIPHERALS, PORTABLE MUSIC PLAYERS AND ACCESSORIES, PERSONAL DIGITAL ASSISTANTS, CELL PHONES AND ACCESSORIES, VIDEO GAME CONSOLES AND ACCESSORIES, WEBCAMS, BOOKS, CLOTHING, BACK PACKS, MESSENGER BAGS, COMPUTER BAGS AND NOVELTY ITEMS; BUSINESS SERVICES, NAMELY, BUSINESS CONSULTATION AND MARKETING SERVICES, BUSINESS ADVICE AND INFORMATION SERVICES; PROVIDING CONSUMER PRODUCT INFORMATION VIA GLOBAL COMPUTER NETWORKS; PROMOTING THE GOODS AND SERVICES OF OTHERS VIA GLOBAL COMPUTER NETWORKS, PROCUREMENT SERVICES FOR OTHERS; THE BRINGING TOGETHER, FOR THE BENEFIT OF OTHERS, OF A VARIETY OF GOODS AND SERVICES, ENABLING CUSTOMERS TO CONVENIENTLY VIEW AND PURCHASE THOSE GOODS AND SERVICES FROM AN INTERNET WEB SITE PARTICULARLY SPECIALIZING IN THE MARKETING OF THE SALE OF GOODS AND SERVICES OF OTHERS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-0-2012; IN COMMERCE 8-0-2012.

FOR: PROVIDING INFORMATION IN THE FIELD OF FINANCIAL NEWS; CHARITABLE SERVICES, NAMELY, PROVIDING FUNDING AND FINANCIAL ASSISTANCE TO COMPUTER AND TECHNOLOGY TRAINING ORGANIZATIONS; FINANCIAL SERVICES, NAMELY, PROVIDING A VIRTUAL CURRENCY FOR USE BY MEMBERS OF AN ONLINE COMMUNITY VIA GLOBAL COMPUTER NETWORKS AND GLOBAL COMMUNICATION NETWORKS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-0-2012; IN COMMERCE 8-0-2012.

FOR: COMMUNICATION SERVICES, NAMELY, ELECTRONIC TRANSMISSION OF DATA AND DOCUMENTS AMONG USERS OF COMPUTERS; TRANSMISSION OF VOICE, AUDIO, VISUAL IMAGES AND DATA BY TELECOMMUNICATIONS NETWORKS, WIRELESS COMMUNICATION NETWORKS, GLOBAL COMMUNICATION NETWORKS AND GLOBAL COMPUTER NETWORKS; STREAMING OF AUDIO AND VIDEO OVER GLOBAL COMPUTER NETWORKS AND GLOBAL COMMUNICATION NETWORKS; INFORMATION TRANSMISSION VIA ELECTRONIC COMMUNICATIONS NETWORKS; ELECTRONIC MAIL AND MESSAGING SERVICES; ELECTRONIC DATA TRANSMISSION; ELECTRONIC DELIVERY OF IMAGES AND PHOTOGRAPHS VIA GLOBAL COMPUTER NETWORKS;

**Reg. No. 4,560,827** INSTANT MESSAGING SERVICES; VOICE OVER INTERNET PROTOCOL (VOIP) SERVICES; AUDIO AND VIDEO BROADCASTING SERVICES OVER GLOBAL COMMUNICATION NETWORKS AND GLOBAL COMPUTER NETWORKS; PROVIDING ONLINE CHAT ROOMS FOR SOCIAL NETWORKING; CONSULTING IN THE FIELD OF TELECOMMUNICATION SERVICES, NAMELY, TRANSMISSION OF VOICE, DATA, AND DOCUMENTS VIA TELECOMMUNICATIONS NETWORKS; CONSULTING SERVICES IN THE FIELD OF COMMUNICATIONS; PROVIDING ACCESS TO DATABASES; PROVIDING USER ACCESS TO A GLOBAL COMPUTER NETWORK, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 8-0-2012; IN COMMERCE 8-0-2012.

FOR: ELECTRONIC STORAGE AND ARCHIVING OF FILES, DOCUMENTS, DIGITAL PHOTOGRAPHS, VIDEOS, MUSIC, ELECTRONIC MEDIA, NAMELY, IMAGES, TEXT, AND AUDIO DATA; PROVIDING A WEB SITE AND WEB SITE LINKS TO GEOGRAPHIC IN-FORMATION, MAP IMAGES, AND TRIP ROUTING; PROVIDING AN ONLINE SEARCHABLE COMPUTER DATABASE FEATURING TRAVEL INFORMATION; PROVIDING INFORMA-TION, NEWS AND COMMENTARY IN THE FIELD OF TRAVEL; TRANSPORTATION SERVICES, NAMELY, PROVIDING INFORMATION CONCERNING MOTOR VEHICLES, TRAVEL AND TRAVEL-RELATED SUBJECTS OVER COMPUTER NETWORKS AND GLOBAL COMMUNICATION NETWORKS, IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 8-0-2012; IN COMMERCE 8-0-2012.

FOR: PROVIDING TRAINING AND INFORMATION ABOUT TRAINING PROGRAMS RE-LATING TO OPPORTUNITIES FOR YOUTH IN THE FIELD OF EDUCATION, TRAINING, EMPLOYMENT, AND ENTREPRENEURSHIP; ENTERTAINMENT SERVICES, NAMELY, PROVIDING ONLINE COMPUTER GAMES, ONLINE ELECTRONIC GAMES AND ONLINE VIDEO GAMES; ENTERTAINMENT SERVICES, NAMELY, PROVIDING WEBSITES FEA-TURING INFORMATION IN THE FIELDS OF ENTERTAINMENT, MUSIC, MOVIES, VIDEO, GAMES, NEWS, AND SPORTS; ENTERTAINMENT SERVICES, NAMELY, PROVIDING WEBSITES FEATURING VIRTUAL ENVIRONMENTS IN WHICH USERS CAN INTERACT FOR RECREATIONAL, LEISURE OR ENTERTAINMENT PURPOSES; ENTERTAINMENT SERVICES, NAMELY, PROVIDING INTERACTIVE MULTIPLAYER GAME SERVICES FOR GAMES PLAYED OVER GLOBAL COMPUTER NETWORKS AND GLOBAL COMMUNIC-ATION NETWORKS; PROVIDING INFORMATION ON THE VIDEO GAME AND COMPUTER GAME INDUSTRIES VIA GLOBAL COMPUTER NETWORKS AND GLOBAL COMMUNIC-ATION NETWORKS; PROVIDING INFORMATION, NEWS AND COMMENTARY IN THE FIELD OF ENTERTAINMENT; PROVIDING INFORMATION ON COMPUTER GAMES, VIDEO GAMES, VIDEO GAME CONSOLES AND ACCESSORIES THEREOF VIA GLOBAL COMPUTER NETWORKS AND GLOBAL COMMUNICATION NETWORKS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 8-0-2012; IN COMMERCE 8-0-2012.

FOR: APPLICATION SERVICE PROVIDER, NAMELY, HOSTING, MANAGING, DEVELOP-ING, ANALYZING, UPDATING AND MAINTAINING APPLICATIONS, COMPUTER OPER-ATING SYSTEMS, SOFTWARE, AND WEB SITES FOR OTHERS; PROVIDING TECHNICAL SUPPORT, CONSULTATION AND RESOURCES IN THE FIELDS OF COMPUTER SECURITY, PRIVACY AND ONLINE SAFETY; COMPUTER DIAGNOSTIC SERVICES; COMPUTER SERVICES, NAMELY, DATA RECOVERY SERVICES; ONLINE TECHNICAL SUPPORT, TROUBLESHOOTING, TESTING, AND CONSULTING SERVICES IN THE FIELD OF COMPUTERS, COMPUTER SOFTWARE AND COMPUTER SYSTEMS; COMPUTER SER-VICES, NAMELY, COMPUTER SYSTEM ADMINISTRATION FOR OTHERS; COMPUTER SERVICES, NAMELY, REMOTE MANAGEMENT OF THE INFORMATION TECHNOLOGY (IT) SYSTEMS OF OTHERS; COMPUTER SERVICES, NAMELY, CLOUD HOSTING PRO-VIDER SERVICES; CONSULTING SERVICES IN THE FIELD OF CLOUD COMPUTING; COMPUTER SOFTWARE DESIGN; COMPUTER SOFTWARE DEVELOPMENT AND COM-PUTER PROGRAMMING DEVELOPMENT FOR OTHERS; CONSULTANCY IN THE FIELD

**Reg. No. 4,560,827** OF SOFTWARE DESIGN; CONSULTING IN THE FIELD OF INFORMATION TECHNOLOGY; CONSULTING SERVICES IN THE FIELD OF COMPUTER-BASED INFORMATION SYSTEMS FOR BUSINESSES; CONSULTING SERVICES IN THE FIELD OF PROVIDING ONLINE, NON-DOWNLOADABLE SOFTWARE AND APPLICATIONS; PROVIDING ONLINE NON-DOWNLOADABLE BUSINESS AND GENERAL PURPOSE APPLICATION SOFTWARE; PROVIDING ONLINE NON-DOWNLOADABLE SOFTWARE FOR WEBSITE DEVELOPMENT AND DATABASE MANAGEMENT; PROVIDE NON-DOWNLOADABLE SOFTWARE FOR INTERNET SEARCHING, DATABASE MANAGEMENT, PROVIDING INTERNET SEARCH ENGINE; PROVIDING INFORMATION IN THE FIELD OF COMPUTER SYSTEMS, SOFT-WARE, HARDWARE, INTERNET, NETWORKS, DATABASES AND MOBILE APPLICATIONS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 8-0-2012; IN COMMERCE 8-0-2012.

FOR: CONSULTING SERVICES IN THE FIELD OF MAINTAINING THE SECURITY AND INTEGRITY OF DATABASES; PERSONAL SERVICES, NAMELY, PROVIDING ONLINE SOCIAL NETWORKING SERVICES; PROVIDING ONLINE COMPUTER DATABASES AND ONLINE SEARCHABLE DATABASES IN THE FIELD OF SOCIAL NETWORKING, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 8-0-2012; IN COMMERCE 8-0-2012.

OWNER OF U.S. REG. NOS. 2,730,599, 4,029,299, AND OTHERS.

THE COLOR(S) RED, GREEN, BLUE, AND YELLOW IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF FOUR SQUARES ARRANGED IN A RECTANGULAR GRID. THE UPPER LEFT SQUARE IS RED, THE LOWER LEFT SQUARE IS BLUE, THE UPPER RIGHT SQUARE IS GREEN AND THE LOWER RIGHT SQUARE IS YELLOW. THE SQUARES ARE SEPARATED BY BLANK SPACE.

SN 85-710,258, FILED 8-22-2012.

ZACHARY BELLO, EXAMINING ATTORNEY

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*  *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.



Please note that U.S. Customs & Border Protection (CBP), a bureau of the Department of Homeland Security, maintains a trademark recordation system for marks registered at the United States Patent and Trademark Office. Parties who register their marks on the Principal Register may record these marks with CBP, to assist CBP in its efforts to prevent the importation of goods that infringe registered marks. The recordation database includes information regarding all recorded marks, including images of these marks. CBP officers monitor imports to prevent the importation of goods bearing infringing marks, and can access the recordation database at each of the 317 ports of entry.

CBP's Intellectual Property Rights e-Recordation (IPRR) system, located at https://apps.cbp.gov/e-recordations/, allows right holders to electronically file IPR recordation applications, thus significantly reducing the amount of time normally required to process paper applications. Some additional benefits of the system include:

- Elimination of paper applications and supporting documents.

- Copies of the certificate issued by the registering agency (U.S. Patent and Trademark Office or the Copyright Office) are retained by the right holder, not submitted to CBP.

- Payment by credit card (preferred), check or money order.

- Ability to upload images of the protected work or trademark, thus obviating the need to send samples to CBP.

- Reduced time from filing of the application to enforcement by field personnel.

Information about how to obtain a recordation, and about CBP's Intellectual Property Rights border enforcement program, is available at CBP's web site, **www.cbp.gov**.

# WARNING FROM THE USPTO
## CONCERNING UNOFFICIAL TRADEMARK SOLICITATIONS

Please be aware that private companies <u>not</u> associated with the United States Patent and Trademark Office (USPTO) often use trademark application and registration information from the USPTO's databases to mail or e-mail trademark-related solicitations. These may include offers: (1) for legal services; (2) for trademark monitoring services; (3) to record trademarks with U.S. Customs and Border Protection; and (4) to "register" trademarks in a private registry.

These companies may use names that resemble the USPTO name, including, for example, one or more of the terms "United States," "U.S.," "Trademark," "Patent," "Registration," "Office," or "Agency." Increasingly, some companies attempt to make their solicitations mimic the look of official government documents rather than the look of a typical commercial or legal solicitation by emphasizing official government data like the USPTO application serial number, the registration number, the International Class(es), filing dates, and other information that is publicly available from USPTO records. Many refer to other government agencies and sections of the U.S. Code. Most require "fees" to be paid.

Some applicants and registrants have reported paying fees to these private companies, mistakenly thinking that they were paying required fees to the USPTO. So, be sure to read trademark-related communications carefully before making a decision about whether to respond. **All official correspondence will be from the "United States Patent and Trademark Office" in Alexandria, VA, and if by e-mail, specifically from the domain "@uspto.gov."**

If you receive a trademark-related solicitation that you believe is deceptive, you may file an on-line consumer complaint with the Federal Trade Commission ("FTC"), at www.FTC.gov. Although the FTC does not resolve individual consumer complaints, it may institute, as the nation's consumer protection agency, investigations and prosecutions based on widespread complaints about particular companies or business practices. In addition, the USPTO encourages recipients of deceptive trademark-related solicitations to contact their states' consumer protection authorities. Many, if not all, states have the authority to issue investigative subpoenas and file complaints against companies engaged in deceptive practices directed toward state residents.

For further information about, as well as several examples of, these non-USPTO solicitations, please visit the page on the www.USPTO.gov website entitled "**WARNING: Non-USPTO Solicitations That May Resemble Official USPTO Communications**."

EXHIBIT 8

Int. Cl.: 9

Prior U.S. Cl.: 38

**Reg. No. 1,872,264**

## United States Patent and Trademark Office

Registered Jan. 10, 1995

### TRADEMARK
### PRINCIPAL REGISTER

## WINDOWS

MICROSOFT CORPORATION (DELAWARE CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER PROGRAMS AND MANU-ALS SOLD AS A UNIT; NAMELY, GRAPHICAL OPERATING ENVIRONMENT PROGRAMS FOR MICROCOMPUTERS, IN CLASS 9 (U.S. CL. 38).

FIRST USE 10-18-1983; IN COMMERCE 10-18-1983.

SEC. 2(F).

SER. NO. 74-090,419, FILED 8-20-1990.

ESTHER BELENKER, EXAMINING ATTOR-NEY

# EXHIBIT 9

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

Reg. No. 2,738,877
Registered July 15, 2003

### TRADEMARK
### PRINCIPAL REGISTER



MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER SOFTWARE, NAMELY, OPERATING SYSTEM PROGRAMS AND UTILITIES; A FULL LINE OF APPLICATION PROGRAMS; WORD PROCESSING PROGRAMS, ADDRESS BOOK PROGRAMS, CALCULATOR PROGRAMS, TERMINAL EMULATION PROGRAMS, PROGRAMS FOR DOWNLOADING AND PLAYING AUDIO AND VIDEO, PROGRAMS FOR MANAGING COMPUTER POWER SUPPLIES, PROGRAMS FOR USE IN TRANSMITTING DATA BETWEEN COMPUTERS AND OTHER ELECTRONIC DEVICES, COMPUTER MAINTENANCE PROGRAMS, PROGRAMS FOR PROVIDING ENHANCED SPECIAL EFFECTS WHILE RUNNING GAME PROGRAMS, PROGRAMS FOR USE IN ACCESSING AND PLAYING CDS AND DVDS, BROWSER PROGRAMS, ACCESSIBILITY PROGRAMS TO MAKE COMPUTERS MORE USEFUL FOR PERSONS WITH DISABILITIES; PAINT PROGRAMS, NAMELY, COMPUTER SOFTWARE FOR USE IN CREATING, EDITING AND COLORING DRAWINGS; ELECTRONIC MAIL PROGRAMS; PROGRAMS FOR ELECTRONIC CONFERENCING; COMPUTER SOFTWARE FOR PLAYING VIDEO AND ELECTRONIC GAMES AND COMPUTER GAMES; USER MANUALS THEREFOR SOLD AS A UNIT THEREWITH; CHILDREN'S EDUCATIONAL SOFTWARE; COMPUTER TUTORIAL SOFTWARE FOR TEACHING USE OF COMPU-

TER PROGRAMS; COMPUTER SOFTWARE PROVIDING BILINGUAL DICTIONARIES; COMPUTER SOFTWARE FOR TEACHING FOREIGN LANGUAGES; COMPUTER SOFTWARE PROVIDING MAPS AND ATLASES; COMPUTER SOFTWARE FOR CREATING RESUMES; COMPUTER SOFTWARE FOR ACCOUNTING; COMPUTER SOFTWARE FOR RECORDING TIME FOR USE IN ACCOUNTING SYSTEMS; COMPUTER SOFTWARE FOR USE IN COMPUTER AIDED DESIGN (CAD); COMPUTER SOFTWARE FOR INVENTORY MANAGEMENT; COMPUTER SOFTWARE FOR PHOTO EDITING; COMPUTER SOFTWARE FOR SCANNING AND STORING IMAGES; COMPUTER SOFTWARE, NAMELY, TYPEFACE FONTS STORED ON MAGNETIC MEDIA; COMPUTER SOFTWARE FOR DESKTOP PUBLISHING; COMPUTER NETWORK ADMINISTRATION SOFTWARE; COMPUTER SOFTWARE FOR CREATING AND ENHANCING WEB SITES; COMPUTER SOFTWARE FOR COMPUTER SECURITY AND ANTI-VIRUS PROTECTION; COMPUTER SOFTWARE FOR MANAGING AND CONTROLLING PRINTER SERVERS; COMPUTER PROGRAMS FOR PROVIDING WIRELESS NETWORKS; COMPUTER SOFTWARE FOR VIDEOCONFERENCING; COMPUTER SOFTWARE FOR MANAGING FACSIMILE AND TELEPHONE COMMUNICATIONS OVER COMPUTER NETWORKS; COMPUTER SOFTWARE FOR COOKING AND RECIPES; COMPUTER SOFTWARE FOR USE WITH INTERNET MESSAGING SERVICES; COMPUTER SOFTWARE FOR USE BY HOTELS TO BOOK RESERVATIONS; COMPUTERS; COMPUTER

HARDWARE; COMPUTER PERIPHERALS; COM-PUTER MICE AND POINTING DEVICES; HAND HELD COMPUTERS; DVD PLAYERS; DIGITAL CELLULAR PHONES; BLANK SMART CARDS, NAMELY, ENCODED ELECTRONIC CHIP CARDS CONTAINING PROGRAMMING FOR VARIOUS BUSINESS AND TECHNICAL FUNCTIONS; COM-MUNICATION SERVERS, AND COMPUTER APPLI-CATION PROGRAMS AND OPERATING SYSTEM PROGRAMS FOR USE THEREWITH; COMPUTER PROGRAMS FOR MANAGING COMMUNICA-TIONS AND DATA EXCHANGE BETWEEN COM-PUTERS AND ELECTRONIC DEVICES; VIDEO GAME MACHINES FOR USE WITH TELEVISIONS AND COMPUTERS, AND OPERATING SYSTEM SOFTWARE FOR USE THEREWITH; OPERATING SYSTEM SOFTWARE FOR USE IN PLAYING ELEC-TRONIC GAMES; COMPUTER HARDWARE AND PERIPHERALS; COMPUTER KEYBOARDS; COM-PUTER AND VIDEO GAME JOYSTICKS; VIDEO GAME INTERACTIVE CONTROL FLOOR PADS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-26-2001; IN COMMERCE 3-26-2001.

OWNER OF U.S. REG. NOS. 1,815,350 AND 1,816,354.

THE MARK CONSISTS OF A FLAG DESIGN. COLOR IS NOT CLAIMED AS PART OF THE MARK.

SN 78-043,743, FILED 1-18-2001.

TARAH HARDY, EXAMINING ATTORNEY

EXHIBIT 10

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,744,843

Registered July 29, 2003

## TRADEMARK
### PRINCIPAL REGISTER



MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER SOFTWARE, NAMELY, OPERATING SYSTEM PROGRAMS AND UTILITIES, WORD PROCESSING PROGRAMS, ADDRESS BOOK PROGRAMS, CALCULATOR PROGRAMS, TERMINAL EMULATION PROGRAMS, PROGRAMS FOR DOWNLOADING AND PLAYING AUDIO AND VIDEO, PROGRAMS FOR MANAGING COMPUTER POWER SUPPLIES, PROGRAMS FOR USE IN TRANSMITTING DATA BETWEEN COMPUTERS AND OTHER ELECTRONIC DEVICES, COMPUTER MAINTENANCE PROGRAMS, PROGRAMS FOR PROVIDING ENHANCED SPECIAL EFFECTS WHILE RUNNING GAME PROGRAMS, PROGRAMS FOR USE IN ACCESSING AND PLAYING CDS AND DVDS, BROWSER PROGRAMS, ACCESSIBILITY PROGRAMS TO MAKE COMPUTERS MORE USEFUL FOR PERSONS WITH DISABILITIES; PAINT PROGRAMS, NAMELY, COMPUTER SOFTWARE FOR USE IN CREATING, EDITING AND COLORING DRAWINGS; ELECTRONIC MAIL PROGRAMS; PROGRAMS FOR ELECTRONIC CONFERENCING; COMPUTER SOFTWARE FOR PLAYING VIDEO AND ELECTRONIC GAMES AND COMPUTER GAMES; USER MANUALS THEREFOR SOLD AS A UNIT THEREWITH; COMPUTERS; COMPUTER HARDWARE; AND FULL LINE OF COMPUTER APPLICATION PROGRAMS; COMPUTER PERIPHERALS; COMPUTER MICE AND POINTING DEVICES; HAND HELD COMPUTERS; DVD PLAYERS; DIGITAL CELLULAR PHONES; BLANK SMART CARDS, NAMELY, ENCODED ELECTRONIC CHIP CARDS CONTAINING PROGRAMMING FOR VARIOUS BUSINESS AND TECHNICAL FUNCTIONS; COMMUNICATION SERVERS, AND COMPUTER APPLICATION PROGRAMS AND OPERATING SYSTEM PROGRAMS FOR USE THEREWITH; COMPUTER PROGRAMS FOR MANAGING COMMUNICATIONS AND DATA EXCHANGE BETWEEN COMPUTERS AND ELECTRONIC DEVICES; VIDEO GAME MACHINES FOR USE WITH TELEVISIONS AND COMPUTERS, AND OPERATING SYSTEM SOFTWARE FOR USE THEREWITH; OPERATING SYSTEM SOFTWARE FOR USE IN PLAYING ELECTRONIC GAMES; COMPUTER HARDWARE AND PERIPHERALS; COMPUTER KEYBOARDS; COMPUTER AND VIDEO GAME JOYSTICKS; VIDEO GAME INTERACTIVE CONTROL FLOOR PADS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-26-2001; IN COMMERCE 3-26-2001.

OWNER OF U.S. REG. NOS. 1,815,350, 1,816,354, AND OTHERS.

THE MARK CONSISTS OF A FLAG DESIGN. THE UPPER LEFT PORTION OF THE FLAG IS RED, THE LOWER LEFT PORTION IS BLUE. THE UPPER RIGHT PORTION IS GREEN, AND THE LOWER RIGHT PORTION IS YELLOW. COLOR IS CLAIMED AS PART OF THE MARK.

EXHIBIT 11



# United States of America
## United States Patent and Trademark Office

**Reg. No. 4,400,958**

**Registered Sep. 10, 2013**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER OPERATING SYSTEM PROGRAMS; OPERATING SYSTEM SOFTWARE FOR MOBILE PHONES; MOBILE PHONES; INTERNET BROWSER SOFTWARE; COMPUTER SOFTWARE FOR MANAGING AND CONTROLLING SERVERS FOR BACKUP, STORAGE AND ORGANIZATION OF FILES AND DATA; COMPUTER PROGRAMS FOR OPERATING AND MANAGING NETWORK SERVERS; COMPUTER NETWORK OPERATING SOFTWARE; COMPUTER SOFTWARE FOR USE BY COMPUTER NETWORK ADMINISTRATORS TO DEPLOY AND MANAGE APPLICATION SOFTWARE AND NETWORK SERVER SOFTWARE; COMPUTER NETWORK SERVER SOFTWARE FOR MANAGING USER CONTENT ON COMPUTER NETWORKS AND GLOBAL COMPUTER NETWORKS; COMPUTER SOFTWARE FOR MANAGING SECURE COMMUNICATIONS OVER COMPUTER NETWORKS AND GLOBAL COMPUTER NETWORKS; COMPUTER SOFTWARE FOR MANAGING COMMU-NICATIONS BETWEEN COMPUTER NETWORKS AND WIRELESS NETWORKS; COM-PUTER SOFTWARE FOR DEVELOPING, MANAGING AND OPERATING INTRANET SITES; COMPUTER SOFTWARE DEVELOPMENT TOOLS FOR NETWORK SERVERS AND AP-PLICATIONS; COMPUTER SOFTWARE FOR INVENTORYING AND MONITORING COM-PUTER HARDWARE AND SOFTWARE ASSETS AND USE WITHIN AN ORGANIZATION; COMPUTER SOFTWARE FOR DOWNLOADING, STREAMING, AND PLAYING MUSIC, AUDIO, VIDEOS AND INTERNET RADIO BROADCASTS; COMPUTER SOFTWARE FOR PHOTO AND VIDEO EDITING; COMPUTER SOFTWARE FOR INSTANT MESSAGING; COMPUTER SOFTWARE FOR MANAGING EMAIL ACCOUNTS, CALENDARS AND CONTACTS; COMPUTER SOFTWARE FOR STORING, ACCESSING AND SYNCHRONIZING DOCUMENTS, PHOTOS AND DATA; COMPUTER SOFTWARE FOR CREATING AND PUBLISHING BLOGS; COMPUTER SOFTWARE FOR RESTRICTING AND MONITORING COMPUTER AND INTERNET USE; COMPUTER SOFTWARE FOR CREATING DVDS; COMPUTER SOFTWARE FOR SENDING AND RECEIVING FAXES; COMPUTER SOFTWARE FOR SCANNING DOCUMENTS AND IMAGES INTO ELECTRONIC FORM; COMPUTER OPERATING SYSTEM SOFTWARE FOR ACCESSING AND USING CLOUD COMPUTING NETWORKS; NETWORK OPERATING SOFTWARE FOR COMPUTER NETWORKS, NAMELY, LOCAL AREA NETWORKS, VIRTUAL PRIVATE NETWORKS AND WIDE AREA NETWORKS; COMPUTER SOFTWARE DEVELOPMENT TOOLS; WEBSITE DEVELOPMENT SOFTWARE; COMPUTER SOFTWARE THAT PROVIDES WEB-BASED ACCESS TO AP-PLICATIONS AND SERVICES THROUGH A WEB OPERATING SYSTEM OR PORTAL IN-TERFACE; COMPUTER SOFTWARE FOR DEVELOPING AND OPERATING CLOUD



*Acting Director of the United States Patent and Trademark Office*

**Reg. No. 4,400,958**   COMPUTER NETWORKS AND APPLICATIONS; COMPUTER SOFTWARE FOR USE IN DATABASE MANAGEMENT; COMPUTER SOFTWARE PLATFORMS FOR CLOUD COMPUTING NETWORKS AND APPLICATIONS; A FULL LINE OF BUSINESS AND HOME COMPUTER PROGRAMS FOR HOME AND BUSINESS USE; COMPUTERS; PERSONAL COMPUTERS; TABLET COMPUTERS; COMPUTER SERVERS; COMPUTER BACKUP AND STORAGE SYSTEMS, NAMELY, STORAGE SUBSYSTEMS FOR STORAGE AND BACKUP OF ELECTRONIC DATA EITHER LOCALLY OR VIA A TELECOMMUNICATIONS NETWORK; COMPUTER PERIPHERALS; CARRYING CASES FOR COMPUTERS; MOBILE PHONES AND OTHER MOBILE DEVICES, NAMELY, PERSONAL DIGITAL ASSISTANTS, E-BOOK READERS AND TABLET COMPUTERS; PERIPHERALS FOR MOBILE PHONES, PERSONAL DIGITAL ASSISTANTS, E-BOOK READERS AND TABLET COMPUTERS, NAMELY, KEYBOARDS, PRINTERS, CHARGERS, STANDS, SPEAKERS, COMPUTER MICE, HEADPHONES, MICROPHONES; CARRYING CASES FOR MOBILE PHONES AND OTHER MOBILE PHONES, PERSONAL DIGITAL ASSISTANTS, TABLET COMPUTERS; PROTECTIVE COVERS AND CASES FOR MOBILE PHONES, LAPTOPS, E-BOOK READERS AND TABLET COMPUTERS; WEB CAMERAS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 8-0-2012; IN COMMERCE 8-0-2012.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SOUTH AFRICA APPLICATION NO. 2012/03056, FILED 2-9-2012.

THE MARK CONSISTS OF FOUR PARALLELOGRAMS ARRANGED IN A TWO BY TWO GRID.

SN 85-546,505, FILED 2-17-2012.

JANICE L. MCMORROW, EXAMINING ATTORNEY

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k.  If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse)  **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date).  The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.   Please check the
USPTO website for further information.   With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

EXHIBIT 12

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,476,005**

**Registered Jan. 28, 2014**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

**Int. Cl.: 9**

FOR: COMPUTER OPERATING SYSTEM SOFTWARE; OPERATING SYSTEM PROGRAMS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

**TRADEMARK**

FIRST USE 10-26-2012; IN COMMERCE 10-26-2012.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF A THREE-DIMENSIONAL CONFIGURATION OF A RECTAN-GULAR PRODUCT PACKAGE COMPRISED OF AN OUTER SLEEVE AND AN INNER BOX. THE FRONT FACE OF THE OUTER SLEEVE HAS FOUR PARALLELOGRAM CUT-OUTS ARRANGED IN A TWO BY TWO GRID. THE UPPER RIGHT CORNER OF THE SLEEVE AND A PORTION OF THE FRONT, TOP AND BACK SIDES ARE CUT AWAY SO A TRI-ANGLE SHAPED PORTION OF THE INNER BOX IS VISIBLE WHEN THE INNER BOX IS IN THE SLEEVE.

SN 85-764,866, FILED 10-26-2012.

MARK SPARACINO, EXAMINING ATTORNEY



Deputy Director of the United States
Patent and Trademark Office

---

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL
### TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
### DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse)  **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

### The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
### reminder of these filing requirements.

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.   Please check the USPTO website for further information.   With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

EXHIBIT 13

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,552,497**

**Registered June 17, 2014**

**Int. Cls.: 9 and 35**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: OPERATING SYSTEM SOFTWARE; COMPUTER SOFTWARE ENABLING USERS TO PURCHASE, DOWNLOAD, MANAGE SOFTWARE APPLICATIONS FOR MOBILE DEVICES, PORTABLE HAND-HELD DEVICES, AND OTHER COMPUTING AND ELECTRONIC COMMUNICATION DEVICES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 8-0-2012; IN COMMERCE 8-0-2012.

FOR: ONLINE RETAIL STORE SERVICES FEATURING SOFTWARE APPLICATIONS FOR MOBILE DEVICES, PORTABLE HAND-HELD DEVICES, AND OTHER COMPUTING AND ELECTRONIC COMMUNICATION DEVICES PROVIDED VIA THE INTERNET AND OTHER COMPUTER AND ELECTRONIC COMMUNICATION NETWORKS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-0-2012; IN COMMERCE 8-0-2012.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "STORE", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF A SQUARE THAT INCLUDES AN IMAGE OF A SHOPPING BAG WITH FOUR PARALLELOGRAMS ARRANGED IN A TWO BY TWO GRID ON THE BAG AND THE WORD "STORE".

SN 85-764,872, FILED 10-26-2012.

MARK SPARACINO, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**

---

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL
### TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
### DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

### The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.   Please check the USPTO website for further information.   With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

EXHIBIT 14

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,412,218**

**Registered Oct. 1, 2013**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

**Int. Cl.: 9**

FOR: COMPUTER SOFTWARE FOR DOWNLOADING AND VIEWING VIDEO CONTENT, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

**TRADEMARK**

FIRST USE 8-0-2012; IN COMMERCE 8-0-2012.

**PRINCIPAL REGISTER**

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "VIDEO", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF A SQUARE THAT INCLUDES A RIGHT ARROW TRIANGLE WITHIN A RECTANGLE AND THE WORD "VIDEO".

SN 85-764,965, FILED 10-26-2012.

CAITLIN WATTS-FITZGERALD, EXAMINING ATTORNEY



Deputy Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.   Please check the USPTO website for further information.   With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

EXHIBIT 15

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,426,632**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY

**Registered Oct. 29, 2013** REDMOND, WA 980526399

**Int. Cl.: 9**

FOR: COMPUTER SOFTWARE FOR VIEWING INFORMATION AND CONTENT ABOUT SPORTS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

**TRADEMARK**

FIRST USE 8-0-2012; IN COMMERCE 8-0-2012.

**PRINCIPAL REGISTER**

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SPORTS", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF AN IMAGE OF A TROPHY AND THE WORD "SPORTS", ALL APPEARING WITHIN A RECTANGLE.

SN 85-764,971, FILED 10-26-2012.

CAITLIN WATTS-FITZGERALD, EXAMINING ATTORNEY



Deputy Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.