EXHIBIT 16

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,415,985**

**Registered Oct. 8, 2013**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER SOFTWARE FOR MAPPING AND DIRECTIONS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 8-0-2012; IN COMMERCE 8-0-2012.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MAPS", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF A SQUARE THAT INCLUDES THREE SETS OF PARALLELO-GRAMS ARRANGED TO FORM THREE ADJACENT RECTANGULAR IMAGES AND THE WORD "MAPS".

SN 85-764,874, FILED 10-26-2012.

MARK SPARACINO, EXAMINING ATTORNEY



Deputy Director of the United States Patent and Trademark Office

---

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL
### TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
### DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# EXHIBIT 17

# United States of America

## United States Patent and Trademark Office



Games

**Reg. No. 4,444,995**
**Registered Dec. 3, 2013**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

**Int. Cls.: 9 and 41**

FOR: COMPUTER SOFTWARE ENABLING ACCESS TO ONLINE GAMES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

**TRADEMARK**

FIRST USE 8-0-2012; IN COMMERCE 8-0-2012.

**SERVICE MARK**

**PRINCIPAL REGISTER**

FOR: ONLINE GAMING SITE, NAMELY, PROVIDING AN ONLINE WEBSITE PORTAL FOR PLAYING COMPUTER GAMES; PROVIDING INFORMATION ABOUT COMPUTER GAMES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 8-0-2012; IN COMMERCE 8-0-2012.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GAMES", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF A SQUARE THAT INCLUDES AN IMAGE OF A GAME CON-TROLLER AND THE WORD "GAMES".

SN 85-764,957, FILED 10-26-2012.

MARK SPARACINO, EXAMINING ATTORNEY



Commissioner for Trademarks of the
United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.   Please check the USPTO website for further information.   With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# EXHIBIT 18

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,489,348**

**Registered Feb. 25, 2014**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER OPERATING SYSTEM SOFTWARE; OPERATING SYSTEM PROGRAMS; GRAPHICAL USER INTERFACE SOFTWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 8-0-2012; IN COMMERCE 8-0-2012.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SEARCH", "SHARE", "START", "DEVICES", "SETTINGS", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF ONLY THE APPEARANCE OF A SCREEN DISPLAY POSSESSING A RECTANGLE THAT INCLUDES FIVE SPACED APART IMAGES WITH WORDS BELOW EACH IMAGE. AT THE TOP, AN IMAGE OF MAGNIFYING GLASS ABOVE THE WORD "SEARCH", NEXT BELOW A CIRCULAR IMAGE COMPRISED OF THREE ARC SEGMENTS WITH CIRCLES BETWEEN ABOVE THE WORD "SHARE", NEXT BELOW AN IMAGE OF FOUR PARALLELOGRAMS ARRANGED IN A TWO BY TWO GRID ABOVE THE WORD "START", NEXT BELOW AN IMAGE OF A RECTANGLE AND AN INVERTED "C" GEO-METRIC SHAPE ABOVE THE WORD "DEVICES" AND NEXT BELOW AN IMAGE OF A GEAR ABOVE THE WORD "SETTINGS".

SN 85-764,973, FILED 10-26-2012.

CAITLIN WATTS-FITZGERALD, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States**
**Patent and Trademark Office**

<div style="border:1px solid">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

<div style="border:1px solid">

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

</div>

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.   Please check the
USPTO website for further information.   With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

# EXHIBIT 19

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,415,986**
**Registered Oct. 8, 2013**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

**Int. Cl.: 9**

FOR: COMPUTER SOFTWARE FOR ACCESSING AND MANAGING CAMERA FUNCTIONS,
IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

**TRADEMARK**

FIRST USE 8-0-2012; IN COMMERCE 8-0-2012.

**PRINCIPAL REGISTER**

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CAMERA", APART FROM
THE MARK AS SHOWN.

THE MARK CONSISTS OF A SQUARE THAT INCLUDES AN IMAGE OF A CAMERA AND
THE WORD "CAMERA".

SN 85-764,962, FILED 10-26-2012.

MARK SPARACINO, EXAMINING ATTORNEY



Deputy Director of the United States Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL
> TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
> DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
  *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

> **The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
> reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

EXHIBIT 20

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,426,630**

**Registered Oct. 29, 2013**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER SOFTWARE FOR DOWNLOADING AND LISTENING TO MUSIC AND OTHER AUDIO CONTENT, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 8-0-2012; IN COMMERCE 8-0-2012.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MUSIC", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF A SQUARE THAT INCLUDES AN IMAGE OF AN AUDIO HEADSET AND THE WORD "MUSIC".

SN 85-764,967, FILED 10-26-2012.

CAITLIN WATTS-FITZGERALD, EXAMINING ATTORNEY



Deputy Director of the United States Patent and Trademark Office

> ## REQUIREMENTS TO MAINTAIN YOUR FEDERAL
> ## TRADEMARK REGISTRATION
>
> ## WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
> ## DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

> ### The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
> ### reminder of these filing requirements.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.   Please check the
USPTO website for further information.   With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

EXHIBIT 21

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,426,631**

**Registered Oct. 29, 2013**

**Int. Cls.: 9 and 38**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER SOFTWARE FOR TEXT AND MULTIMEDIA MESSAGING, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 8-0-2012; IN COMMERCE 8-0-2012.

FOR: TEXT AND MULTIMEDIA MESSAGING SERVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 8-0-2012; IN COMMERCE 8-0-2012.

OWNER OF U.S. REG. NO. 4,140,049.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MESSAGING", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF A THOUGHT BUBBLE WITH A CHARACTER FACE ABOVE THE WORD "MESSAGING", ALL APPEARING WITHIN A RECTANGLE.

SN 85-764,969, FILED 10-26-2012.

CAITLIN WATTS-FITZGERALD, EXAMINING ATTORNEY



Deputy Director of the United States Patent and Trademark Office

---

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL
### TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
### DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date).  The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.   Please check the
USPTO website for further information.   With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

EXHIBIT 22

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,426,632**

**Registered Oct. 29, 2013**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER SOFTWARE FOR VIEWING INFORMATION AND CONTENT ABOUT SPORTS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 8-0-2012; IN COMMERCE 8-0-2012.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SPORTS", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF AN IMAGE OF A TROPHY AND THE WORD "SPORTS", ALL APPEARING WITHIN A RECTANGLE.

SN 85-764,971, FILED 10-26-2012.

CAITLIN WATTS-FITZGERALD, EXAMINING ATTORNEY



Deputy Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse)  **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date).  The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.   Please check the
USPTO website for further information.   With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

EXHIBIT 23

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**Reg. No. 3,625,391**

## United States Patent and Trademark Office

Registered May 26, 2009

### TRADEMARK
### PRINCIPAL REGISTER

# MICROSOFT OFFICE

MICROSOFT  CORPORATION  (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER SOFTWARE, NAMELY, SOFT-WARE FOR INFORMATION MANAGEMENT, CREATING SPREADSHEETS, TABLES, GRAPHS, AND CHARTS, AND FOR ORGANIZING AND ANALYZING DATA; COMPUTER SOFTWARE FOR WORD PROCESSING; COMPUTER SOFT-WARE FOR CREATION AND DISPLAY OF PRE-SENTATIONS INCLUDING TEXT AND GRAPHICS; COMPUTER SOFTWARE FOR ELECTRONIC MAIL AND INSTANT MESSAGING SERVICES, CALEN-DAR AND MEETING SCHEDULING, DESKTOP PUBLISHING, PROJECT MANAGEMENT, CUSTO-MER MANAGEMENT, BUSINESS PLANNING, DI-RECT MAIL AND BUSINESS FINANCIAL MANAGEMENT; COMPUTER SOFTWARE FOR ONLINE DOCUMENT COLLABORATION, STO-

RAGE AND EDITING SERVICES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-19-1989; IN COMMERCE 6-19-1989.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,200,236, 2,907,150 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "OFFICE", APART FROM THE MARK AS SHOWN.

SER. NO. 77-390,529, FILED 2-6-2008.

FLORENTINA BLANDU, EXAMINING ATTORNEY

EXHIBIT 24

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,459,826**

**Registered Dec. 31, 2013**

**Int. Cls.: 9, 35, 38, 39, and 42**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**



*Deborah S. Cohn*

Commissioner for Trademarks of the
United States Patent and Trademark Office

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER SOFTWARE AND COMPUTER PROGRAMS FOR USE IN DATABASE MANAGEMENT, ELECTRONIC SPREADSHEETS, DESIGNING, CREATING, EDITING AND PUBLISHING DOCUMENTS, NOTE TAKING, EMAIL, CALENDARING, SCHEDULING, CONTACT INFORMATION STORAGE AND MANAGEMENT, ACCOUNTING, CUSTOMER RELATIONSHIP MANAGEMENT, PROJECT MANAGEMENT, PRESENTATION GRAPHICS, DESKTOP PUBLISHING, WEB PUBLISHING, DOCUMENT MANAGEMENT, DATABASE MANAGEMENT, DATA COLLECTION, DATA ANALYSIS, GRAPHICS, PRESENTATION GRAPHICS, WORD PROCESSING, INSTANT MESSAGING, VOICE OVER INTERNET PROTOCOL (VOIP), VIDEO CONFERENCING, AUDIO CONFERENCING, WEB CONFER-ENCING AND DOCUMENT SHARING, APPLICATION SHARING, COMPUTER DESKTOP SHARING, FILE TRANSFER, SENSING AND PROVIDING USER PRESENCE INFORMATION, TELEPHONY, REAL-TIME COMMUNICATIONS FEATURING INSTANT MESSAGING, AUDIO, VIDEO AND DATA EXCHANGE, MAPPING GEOGRAPHICAL LOCATIONS, MA-NIPULATING VIDEO, AUDIO AND GRAPHICS; COMMUNICATIONS SOFTWARE FOR MANAGING THE EXCHANGE OF COMMUNICATIONS AND DATA AND INFORMATION OVER COMPUTER NETWORKS, WIRELESS NETWORKS, AND GLOBAL COMMUNICA-TIONS NETWORKS; COMPUTER COMMUNICATIONS SOFTWARE FOR USE IN ACCESS-ING WEB SITES AND EXCHANGING INFORMATION AND DATA AND OBTAINING SERVICES FROM WEB SITES; COMPUTER SOFTWARE FOR USE IN DEVELOPING WEB SITES, OPERATING ELECTRONIC MAIL AND PROVIDING COMPUTER SECURITY; COMPUTER SOFTWARE FOR RECORDING, ORGANIZING, EDITING AND TRANSMITTING INFORMATION IN TYPED WRITTEN AND VOICE FORMAT; COMPUTER COMMUNICA-TIONS SOFTWARE FOR ACCESSING WEB MESSAGING AND SHARED DOCUMENTS FROM WEB SITES ON THE INTERNET; COMPUTER UTILITY PROGRAMS; COMPUTER SOFTWARE DEVELOPMENT PROGRAMS; COMPUTER SECURITY AND AUTHENTICA-TION SOFTWARE FOR CONTROLLING ACCESS TO AND COMMUNICATIONS WITH COMPUTERS; COMPUTER SOFTWARE FOR COMPUTER NETWORK SECURITY, ANTI-VIRUS PROTECTION, AND INTRUSION DETECTION AND PREVENTION; COMPUTER GAME SOFTWARE; HOUSE MARK FOR A FULL LINE OF BUSINESS SOFTWARE APPLIC-ATIONS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 7-16-2012; IN COMMERCE 7-16-2012.

**Reg. No. 4,459,826**  FOR: ADVERTISING AND MARKETING SERVICES, NAMELY, PROMOTING THE GOODS AND SERVICES OF OTHERS BY DISSEMINATING ADVERTISEMENTS AND BY PROVIDING HYPERTEXT LINKS TO THE WEBSITES OF OTHERS VIA COMPUTER NETWORKS, WIRELESS NETWORKS AND GLOBAL COMMUNICATIONS NETWORKS; BUSINESS ON-LINE INFORMATION SERVICES, NAMELY, PROVIDING DATABASES AND WEBSITE LINKS TO OTHER CONTENT PROVIDERS IN THE FIELD OF BUSINESS ISSUES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 7-16-2012; IN COMMERCE 7-16-2012.

FOR: COMMUNICATION SERVICES, NAMELY, TRANSMITTING TEXT, SOUND, GRAPHICS AND VIDEO VIA COMPUTER NETWORKS, WIRELESS NETWORKS AND THE INTERNET; PROVIDING INFORMATION IN THE FIELD OF WEB ACCESS VIA COMPUTER NETWORKS, WIRELESS NETWORKS AND THE INTERNET; TELECOMMUNICATION SERVICES, NAMELY, COMMUNICATIONS VIA MULTINATIONAL TELECOMMUNICATION NETWORKS; TELECOMMUNICATIONS SERVICES, NAMELY, TELECOMMUNICATIONS ACCESS SERVICES, DATA TRANSMISSION AND RECEPTION SERVICES VIA TELECOMMUNICATION MEANS; ELECTRONIC EXCHANGE OF VOICE, DATA, AND GRAPHICS ACCESSIBLE VIA COMPUTER AND TELECOMMUNICATION NETWORKS; PROVIDING ONLINE BULLETIN BOARDS FOR TRANSMISSION OF MESSAGES AMONG USERS IN THE FIELD OF GENERAL INTEREST; PROVIDING ONLINE DISCUSSION GROUPS FOR TRANSMISSION OF MESSAGES AMONG USERS IN THE FIELD OF GENERAL INTEREST; ELECTRONIC MAIL SERVICES; WORKGROUP COMMUNICATIONS SERVICES OVER COMPUTER NETWORKS, NAMELY, ELECTRONIC TRANSMISSION OF DATA AND DOCUMENTS AMONG USERS OF COMPUTERS; INSTANT MESSAGING SERVICES; VOICE OVER INTERNET PROTOCOL (VOIP) SERVICES; COMMUNICATIONS BY COMPUTER TERMINALS; WIRELESS BROADBAND COMMUNICATION SERVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 7-16-2012; IN COMMERCE 7-16-2012.

FOR: ELECTRONIC STORAGE OF FILES, DOCUMENTS AND DATA, IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 7-16-2012; IN COMMERCE 7-16-2012.

FOR: COMPUTER SERVICES, NAMELY, PROVIDING TEMPORARY USE OF ONLINE NON-DOWNLOADABLE SOFTWARE FOR USE IN THE FIELDS OF DATABASE MANAGEMENT, ELECTRONIC SPREADSHEETS, DESIGNING, CREATING, EDITING AND PUBLISHING DOCUMENTS, NOTE TAKING, EMAIL, CALENDARING, CONTACTS MANAGEMENT, PRESENTATION GRAPHICS, DESKTOP PUBLISHING, DOCUMENT MANAGEMENT, WORD PROCESSING, INSTANT MESSAGING, VOICE OVER INTERNET PROTOCOL (VOIP), VIDEO CONFERENCING, AUDIO CONFERENCING, APPLICATION SHARING, COMPUTER DESKTOP SHARING, FILE TRANSFER, ACCESSING WEB MESSAGING AND SHARED DOCUMENTS FROM WEB SITES ON THE INTERNET, SENSING AND PROVIDING USER PRESENCE INFORMATION, TELEPHONY, COMPUTER NETWORK SECURITY, ANTI-VIRUS PROTECTION, AND INTRUSION DETECTION AND PREVENTION; COMPUTER SOFTWARE CONSULTATION; PROVIDING INFORMATION IN THE FIELDS OF THE DEVELOPMENT OF COMPUTER SYSTEMS, CLOUD COMPUTING ENVIRONMENTS, NETWORKS AND SOFTWARE OVER COMPUTER NETWORKS, WIRELESS NETWORKS AND GLOBAL COMMUNICATIONS NETWORKS; TECHNICAL SUPPORT SERVICES, NAMELY, PROVIDING TECHNICAL ASSISTANCE TO OTHERS IN THE FIELD OF WEBSITE MANAGEMENT AND EMAIL MANAGEMENT SERVICES; PROVIDING TECHNICAL INFORMATION IN THE FIELD OF WEBSITE MANAGEMENT AND EMAIL MANAGEMENT VIA COMPUTER NETWORKS AND GLOBAL COMMUNICATIONS NETWORKS; HOSTING THE WEBSITES OF OTHERS ON A COMPUTER SERVER FOR A GLOBAL COMPUTER NETWORK; PROVIDING CUSTOMIZED ON-LINE WEB PAGES FEATURING PERSONAL AND BUSINESS INFORMATION SPECIFIED AND DEFINED BY USERS WHICH INCLUDES

**Reg. No. 4,459,826**  SEARCH ENGINES AND ONLINE LINKS TO OTHER WEB SITES, OVER COMPUTER NETWORKS, WIRELESS NETWORKS AND GLOBAL COMMUNICATIONS NETWORKS; PROVIDING TECHNICAL INFORMATION IN THE FIELD OF COMPUTER SOFTWARE AND CLOUD COMPUTING; PROVIDING ONLINE NON-DOWNLOADABLE SOFTWARE FOR ACCESSING AND USING CLOUD COMPUTING NETWORKS; PROVIDING ONLINE NON-DOWNLOADABLE SOFTWARE FOR ACCESSING REMOTELY STORED DATA, FILES AND DOCUMENTS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 7-16-2012; IN COMMERCE 7-16-2012.

THE MARK CONSISTS OF A THREE-DIMENSIONAL GEOMETRIC DESIGN WITH TWO VERTICAL SIDES AND TWO HORIZONTAL SIDES. THE VERTICAL SIDES AND TOP SIDE ARE THREE-DIMENSIONAL IMAGES OF RECTANGULAR SOLIDS AND THE BOTTOM SIDE IS A THREE-DIMENSIONAL IMAGE OF A TRIANGLE.

SN 85-676,534, FILED 7-13-2012.

ZACHARY BELLO, EXAMINING ATTORNEY

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

EXHIBIT 25

# United States of America

## United States Patent and Trademark Office

# Office

**Reg. No. 4,456,462**

**Registered Dec. 24, 2013**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER SOFTWARE AND COMPUTER PROGRAMS FOR USE IN DATABASE MANAGEMENT, ELECTRONIC SPREADSHEETS, DESIGNING, CREATING, EDITING AND PUBLISHING DOCUMENTS, NOTE TAKING, EMAIL, CALENDARING, SCHEDULING, CONTACT INFORMATION STORAGE AND MANAGEMENT, ACCOUNTING, CUSTOMER RELATIONSHIP MANAGEMENT, PROJECT MANAGEMENT, PRESENTATION GRAPHICS, DESKTOP PUBLISHING, WEB PUBLISHING, DOCUMENT MANAGEMENT, DATABASE MANAGEMENT, DATA COLLECTION, DATA ANALYSIS, GRAPHICS, PRESENTATION GRAPHICS, WORD PROCESSING, INSTANT MESSAGING, VOICE OVER INTERNET PROTOCOL (VOIP), VIDEO CONFERENCING, AUDIO CONFERENCING, WEB CONFERENCING AND DOCUMENT SHARING, APPLICATION SHARING, COMPUTER DESKTOP SHARING, FILE TRANSFER, SENSING AND PROVIDING USER PRESENCE INFORMATION, TELEPHONY, REAL-TIME COMMUNICATIONS FEATURING INSTANT MESSAGING, AUDIO, VIDEO AND DATA EXCHANGE, MAPPING GEOGRAPHICAL LOCATIONS, MANIPULATING VIDEO, AUDIO AND GRAPHICS; COMMUNICATIONS SOFTWARE FOR MANAGING THE EXCHANGE OF COMMUNICATIONS AND DATA AND INFORMATION OVER COMPUTER NETWORKS, WIRELESS NETWORKS, AND GLOBAL COMMUNICATIONS NETWORKS; COMPUTER COMMUNICATIONS SOFTWARE FOR USE IN ACCESSING WEB SITES AND EXCHANGING INFORMATION AND DATA AND OBTAINING SERVICES FROM WEB SITES; COMPUTER SOFTWARE FOR USE IN DEVELOPING WEB SITES, OPERATING ELECTRONIC MAIL AND PROVIDING COMPUTER SECURITY; COMPUTER SOFTWARE FOR RECORDING, ORGANIZING, EDITING AND TRANSMITTING INFORMATION IN TYPED WRITTEN AND VOICE FORMAT; COMPUTER COMMUNICATIONS SOFTWARE FOR ACCESSING WEB MESSAGING AND SHARED DOCUMENTS FROM WEB SITES ON THE INTERNET; COMPUTER UTILITY PROGRAMS; COMPUTER SOFTWARE DEVELOPMENT PROGRAMS; COMPUTER SECURITY AND AUTHENTICATION SOFTWARE FOR CONTROLLING ACCESS TO AND COMMUNICATIONS WITH COMPUTERS; COMPUTER SOFTWARE FOR COMPUTER NETWORK SECURITY, ANTIVIRUS PROTECTION, AND INTRUSION DETECTION AND PREVENTION; COMPUTER GAME SOFTWARE; HOUSE MARK FOR A FULL LINE OF BUSINESS SOFTWARE APPLICATIONS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-12-2012; IN COMMERCE 12-12-2012.



Commissioner for Trademarks of the
United States Patent and Trademark Office

**Reg. No. 4,456,462**  NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "OFFICE", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF A THREE-DIMENSIONAL GEOMETRIC DESIGN WITH TWO VERTICAL SIDES AND TWO HORIZONTAL SIDES. THE VERTICAL SIDES AND TOP SIDE ARE THREE-DIMENSIONAL IMAGES OF RECTANGULAR SOLIDS AND THE BOTTOM SIDE IS A THREE-DIMENSIONAL IMAGE OF A TRIANGLE. TO THE RIGHT OF THE GEOMETRICAL DESIGN IS THE WORD "OFFICE".

SN 85-799,081, FILED 12-10-2012.

PAM WILLIS, EXAMINING ATTORNEY

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

EXHIBIT 26

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,238,869

Registered May 8, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# ACCESS

MICROSOFT CORPORATION (WASHINGTON CORPORATION)

ONE MICROSOFT WAY

REDMOND, WA 980526399

FOR: GENERAL PURPOSE COMPUTER DATA-BASE SOFTWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-0-1992; IN COMMERCE 11-0-1992.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,739,829, 1,741,086, AND 2,254,102.

SEC. 2(F).

SER. NO. 78-559,056, FILED 2-2-2005.

ANNE E. GUSTASON, EXAMINING ATTORNEY